**IN RE: Daniel J. WILLIS, Petitioner.**

No. 16-1534

United States Court of Appeals,
Fourth Circuit.

Submitted: September 13, 2016

Decided: September 16, 2016

Daniel Johnson Willis, Petitioner Pro Se.

Before TRAXLER, AGEE, and
THACKER, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Daniel J. Willis petitions for a writ of
mandamus seeking an order directing the
district court to act on his motion to file a
new civil action and seeking to invalidate
the prefiling injunctions. We conclude that
Willis is not entitled to mandamus relief.
Mandamus relief is a drastic remedy and
should be used only in extraordinary cir-
cumstances. Kerr v. U.S. Dist. Court, 426
U.S. 394, 402, 96 S.Ct. 2119, 48 L.Ed.2d
725 (1976); United States v. Moussaoui,
333 F.3d 509, 516–17 (4th Cir. 2003). Fur-
ther, mandamus relief is available only
when the petitioner has a clear right to the
relief sought, which Willis has not demon-
strated. In re First Fed. Sav. & Loan
Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). To
the extent Willis alleges delay, we find the
present record does not reveal undue de-

lay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED